UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LYN WORL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV67 CDP |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the complaint of Lyn Worl for judicial review under 42 U.S.C. § 405(g) of defendant's final decision denying her applications for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income benefits under Title XVI of the Act. I referred this matter to United States Magistrate Judge Lewis M. Blanton for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On August 14, 2006, Judge Blanton filed his recommendation that the decision of the Commissioner be affirmed without further proceedings. Plaintiff has not filed any objections and her time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his Report and Recommendation of

August 14, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 17] is adopted in its entirety, and the complaint of Lyn Worl is **DISMISSED** without further proceedings.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2006.